IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANGEL WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO. 1:23-cv-00069-JMS-KMB |
| BUCKINGham MANAGEMENT, LLC, | ) ) ) |
| Defendant. | ) ) |

Dismissal with prejudice acknowledged [41].
JMS, DJ 2/26/24
Distribution via ECF

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Angel Williams and Defendant Buckingham Management, LLC, by their respective counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss all claims in this matter with prejudice, and each party to bear her or its own costs and attorney fees.

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: _s/ Bonnie L. Martin_
Bonnie L. Martin, #20248-18
Anthony J. Simonton, #35647-29
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
bonnie.martin@ogletree.com
anthony.simonton@ogletree.com

Attorneys for Defendant

BIESECKER DUTKANYCH & MACER, LLC

By: _s/ Sarah Guffey (with permission)_
Andrew Dutkanych
Sarah Guffey
144 North Delaware Street
Indianapolis, IN 46204